IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES WYMER,

    Plaintiff,

v.                                          4:16cv681–WS/GRJ

STATE OF FLORIDA,
RICK SCOTT, Governor, and
PAM BONDI, Attorney General,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 4) docketed November 2, 2016. The magistrate judge recommends that the plaintiff's complaint and this case be dismissed for abuse of the judicial process under 28 U.S.C. § 1915(e) based on the plaintiff's failure to fully disclose his prior litigation history. The plaintiff has filed objections (doc. 9) to the magistrate judge's report and recommendation.

As reported by the magistrate judge, the Court's PACER Case Locator reflects that, while he was incarcerated, the plaintiff filed at least two recent federal

cases that he failed to disclose when he filed his complaint in this action: *Wymer v. State of Florida*, Case No. 6:15cv1418–ORL–41KRS (M.D. Fla.) (dismissed for failure to prosecute); and *Wymer v. Sheriff Demings*, Case No. 6:15cv1447–ORL–18GJK (M.D. Fla.) (dismissed for failure to state a claim). In his objections, the plaintiff has provided no persuasive reason to excuse his failure to disclose these cases on his complaint form. Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 4) is hereby ADOPTED and incorporated by reference into this order.

    2.  The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as an abuse of the judicial process because the plaintiff did not truthfully and fully disclose his prior litigation history.

    3.  The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

    4.  The clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

    DONE AND ORDERED this   18th   day of    November   , 2016.

                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE